# UNITED STATES DISTRICT COURT

FILED 12 NOV '26 16:38 USDC-M

for the

District of Oregon

__________ Division

Anthony Mitchell Theodore Elam

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jane Doe 1 (Draconic Priestess)
Jane Doe 2 (Mermaid Prophetess)
See Attached

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:26-cv-02492-CL
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony Mitchell Theodore Elam |
| Street Address | 1260 Thomas Rd |
| City and County | Medford, Jackson County |
| State and Zip Code | Oregon, 97501 |
| Telephone Number | 541-316-0268 |
| E-mail Address | amtelam@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jane Doe 1 (Draconic Priestess) |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jane Doe 2 (Mermaid Prophetess) |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jane Doe 3 ( Journey2Soul) |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Jane Doe 4 (Kates Regretless Life) |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Anthony Mitchell Theodore Elam, is a citizen of the State of *(name)* OREGON.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Jane Doe 1 (Draconic Priestess), is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Actual / Compensatory Damages (Economic / Non Economic Losses).

SEE ATTACHED PAGE

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1260 Thomas rd, medford, oregon, 97501

B. What date and approximate time did the events giving rise to your claim(s) occur?

1/1/2025 - Present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

FIRST CLAIM FOR RELIEF – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
SECOND CLAIM FOR RELIEF – INVASION OF PRIVACY (IUS)
THIRD CLAIM FOR RELIEF – DEFAMATION
FOURTH CLAIM FOR RELIEF – UNFAIR BUSINESS ADVANTAGE
FIFTH CLAIM FOR RELIEF – CIVIL THEFT
SIXTH CLAIM FOR RELIEF – CIVIL CONSPIRACY
SEVENTH CLAIM FOR RELIEF – CONVERSION

See Attached Pages

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Definition and Explanation of Inadequacy: monetary compensation cannot undo the damage (e.g., the loss is intangible, ongoing, or impossible to calculate with certainty)
2. Imminent and Actual Threat: the harm is real, immediate, and presently existing, not speculative, remote, or merely a future inconvenience

3. Concrete Examples of Intangible or Irrecoverable Loss: the specific kind of destruction or loss occurring, such as:
  a. Loss of goodwill, reputation, or brand strength (e.g., trademark confusion or defamation).
  b. Misappropriation or disclosure of trade secrets and confidential information, economic espionage (which can never be made "secret" again once released).
  c. Destruction of unique property or irreplaceable assets that cannot be bought back on the open market.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

11.1 Economic Damages. Plaintiff has incurred past economic damages of approximately $[88,000,000.00] and will incur future economic damages of approximately $[11,900,000.00]. Loss of Market Value, Royalties, Loss of Revenue, Ill-gotten gains.
11.2 Non-Economic Damages. Plaintiff seeks non-economic damages in an amount to be determined at trial, but not to exceed any constitutionally valid statutory limitation under Oregon law. $[55,300,000.00]
11.3 Injunctive Relief: An order from the judge telling the defendants to stop using or publishing plaintiffs copyright protected work and restraining orders to stop the stalking

SEE ATTACHED PAGE

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/06/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Anthony Mitchell Theodore Elam

### B. For Attorneys

Date of signing: __________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address